JLG:MS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JOSE DIMAS GUERRA-CASTRO,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

AFFIDAVIT AND COMPLAINT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

(T. 8, U.S.C., §§ 1326(a) and 1326(b)(2))



EASTERN DISTRICT OF NEW YORK, SS:

HENRY TSANG, being duly sworn, deposes and states that he is a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE-ERO"), duly appointed according to law and acting as such.

ILLEGAL REENTRY

On or about January 29, 2026, within the Eastern District of New York, the defendant JOSE DIMAS GUERRA-CASTRO, an alien who had previously been removed from the United States after a conviction for the commission of an aggravated felony, was found in the United States, without the Secretary of the United States Department of Homeland Security and the United States Attorney General having expressly consented to such alien's applying for admission.

(Title 8, United States Code, Sections 1326(a) and 1326(b)(2))

2

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.      I am a Deportation Officer with ICE-ERO Fugitive Operations and have been involved in the investigation of numerous cases involving the illegal reentry of aliens and their efforts to avoid apprehension.   I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record and his immigration file; and from reports of other law enforcement officers involved in the investigation.

2.      The defendant JOSE DIMAS GUERRA-CASTRO is a citizen and national of El Salvador.

3.      On or about January 12, 2003, the defendant JOSE DIMAS GUERRA-CASTRO was arrested by the Hialeah Police Department, in Florida, for murder.   On or about August 8, 2017 the defendant was convicted in the Eleventh Judicial Circuit Court, Miami-Dade County, Florida, of murder in the second degree, with a deadly weapon, in violation of Florida Statutes 782.04 and 775.087, and was sentenced to a term of 18 years' imprisonment.   This conviction is an aggravated felony under the Immigration and Nationality Act, 8 U.S.C. § 1101(a)(43)(A).

4.      On or about July 26, 2019, the defendant JOSE DIMAS GUERRA-CASTRO was removed from the United States to El Salvador.

5.      On or about January 29, 2026, the defendant JOSE DIMAS GUERRA-CASTRO was arrested by ICE-ERO in Hempstead, New York, pursuant to an I-205 Warrant of

---

[1]      Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3

Removal. When law enforcement approached the defendant, the defendant fled on foot. Law enforcement officers gave chase, and ultimately apprehended the defendant. The defendant is presently in immigration custody, pending removal proceedings.

6.      The defendant JOSE DIMAS GUERRA-CASTRO was fingerprinted by law enforcement in connection with the 2003 and 2026 arrests described above in paragraphs 3 and 5. The defendant was also fingerprinted when he was taken into immigration custody in 2019, in advance of his removal from the United States, described above in paragraph 4. A biometric comparison has confirmed that all these fingerprint sets match.

7.      A search of immigration records has revealed that there exists no request by the defendant JOSE DIMAS GUERRA-CASTRO for permission from either the United States Attorney General or the Secretary of the Department of Homeland Security to reenter the United States.

WHEREFORE, your deponent respectfully requests that the defendant JOSE DIMAS GUERRA-CASTRO, be dealt with according to law, and that a warrant issue for his arrest.

**HENRY TSANG**    Digitally signed by
HENRY TSANG
Date: 2026.02.09
15:04:07 -05'00'

HENRY TSANG
Deportation Officer, United States Department of Homeland Security, Immigration and Customs Enforcement, Enforcement and Removal Operations

Sworn to before me this
9th day of February, 2026

/s/ Anne Y Shields

THE HONORABLE ANNE Y. SHIELDS
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK